# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                              : No. 165
                                                    :
APPOINTMENT TO THE                                  : DISCIPLINARY RULES DOCKET
PENNSYLVANIA INTEREST ON                            :
LAWYERS TRUST ACCOUNT BOARD                         :


## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2018, Vanessa Garrett Harley, Esquire, Philadelphia, is hereby appointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2018.